Dismissed and Opinion filed January 23, 2003









Dismissed and Opinion filed January 23, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02 -01333-CV

____________

 

SUBURBANS-R-US, INC. aka
and dba SUBURBANS AR@
US and 

SURBURBANS-R-US
and SURBURBANS R US, Appellant

 

V.

 

RANKIN AUTOMOTIVE GROUP, INC., Appellee

 



 

On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 771,893

 



 

M
E M O R A N D U M   O P I N I O N

This
is a restricted appeal from a judgment signed September 19, 2002.  On January 13, 2003, appellant filed a motion
to dismiss the appeal.  See Tex. R. App. P. 42.1(a)(2).  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed January 23, 2003.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.